# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2015

150215(62)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

THERESA MODZELEWSKI-SHEKOSKI,
Personal Representative of the ESTATE OF
MICHAEL RAYMOND SHEKOSKI,
       Plaintiff-Appellee,

v

                              SC: 150215
                              COA: 314830

MICHAEL GARRETT BINDIG and ALLIED
EXCAVATION, INC.,
       Defendants-Appellants.

Macomb CC: 2010-001959-NI

_____/

      On order of the Court, the motion for reconsideration of this Court's June 30, 2015 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2015



               Clerk

p0921